

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00794-CR

Xzavien **DAVIS-JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR7998
The Honorable Jennifer Pena, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
            Rebeca C. Martinez, Justice
            Irene Rios, Justice

Delivered and Filed: April 8, 2020

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH